UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charise L Jackson,<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>Michaels Stores, Inc.,<br><br>　　　　　Defendant. | 24CV00680 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant shall file a letter informing the Court by December 6, 2024 whether it prefers to participate in Court-annexed mediation or a settlement conference with the undersigned. Document production shall be completed by January 17, 2025. Depositions of fact witnesses shall be completed by March 17, 2025. Expert discovery shall be completed by May 17, 2025. The parties shall file joint discovery updates on: December 20, 2024, January 17, 2025, February 17, 2025, March 1, 2025, March 17, 2025, April 17, 2025, May 1, 2025, and May 17, 2025. Each party shall file a letter informing the Court by May 17, 2025 whether it intends to move for summary judgment.

DATED:　November 22, 2024　　　　　　　　　　　SO ORDERED.
　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge