UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARISE L. JACKSON,<br><br>    Plaintiff,<br><br> -against-<br><br>MICHAELS STORES, INC.,<br><br>    Defendant. | 24-CV-0680 (JAV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

 As per my Order dated November 22, 2024, (ECF 16) a joint status letter from the parties regarding the status of discovery was due on Friday, January 17, 2025. The parties have not complied.

 I am sua sponte extending the deadline for the joint status letter nunc pro tunc until **tomorrow, January 23, 2025**.

DATED: January 22, 2025
    New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge