UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Charise L Jackson,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br>Michaels Stores, Inc., et al.,<br><br>　　　　　　Defendant. | 24cv680 (JAV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　My Order dated November 22, 2024, (ECF 16) required the parties to file a joint letter regarding the status of discovery by February 17, 2025. The parties have not complied. They did not comply with my Order by timely filing a joint status update last month either. I am sua sponte extending the deadline for the joint status letter nunc pro tunc until tomorrow, **February 20, 2025**. If the parties fail to timely comply with my scheduling orders in the future, I will require them to report on the status of discovery at monthly in-person conferences.

DATED:　February 19, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge