UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARISE L JACKSON,

                Plaintiff,

   -against-

MICHAELS STORES, INC.,

                Defendant.

24-CV-0680 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    A telephonic conference is scheduled for **November 18, 2025 at 11:00 AM**. Counsel for Plaintiff and counsel for Defendant are directed to join the conference at the scheduled time by dialing **(646) 453-4442, Access Code 535 592 946 #**.

DATED: November 10, 2025
           New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge